AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| ANDREW JAMES CLARK | ) Case No. 25-CR-322 MLG |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Andrew James Clark,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2250(a): Failure to Update Sex Offender Registration.

Date: 02/25/2025

*K. Hernandez de Sepulveda*
Issuing officer's signature

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
Arresting officer's signature

_____
*Printed name and title*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT   FEB 2 5 2025
                                       KHS
FOR THE DISTRICT OF NEW MEXICO   MITCHELL R. ELFERS
                                  CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-CR-322 MLG |
| ) | |
| vs. ) | 18 U.S.C. § 2250(a): Failure to Update |
| ) | Sex Offender Registration. |
| **ANDREW JAMES CLARK,** ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

From a date after June 28, 2022, continuing to on or about January 29, 2025, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **ANDREW JAMES CLARK,** a person required to register under the Sex Offender Registration and Notification Act, by reason of a conviction under Oregon state law, traveled in interstate commerce from Oregon to New Mexico, and knowingly failed to update a registration.

In violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*Nora Wilson*
Assistant United States Attorney